**FILED**

**JUN 1 3 2014**

STEPHEN C. WILLIAMS
U.S. MAGISTRATE JUDGE
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NUMBER: 14-mj-7048 |
| Plaintiff, ) | |
| ) | |
| vs. ) | Title 18, United States Code, |
| ) | Sections 922(g)(1) and 924(a)(2). |
| RAPHAEL L. HARRIS, ) | |
| a.k.a. "Ray Ray," ) | |
| ) | |
| Defendant. ) | |

## CRIMINAL COMPLAINT

I, Bureau of Alcohol, Tobacco, Firearms and Explosives Special Agent Matthew Inlow, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### COUNT 1

**UNLAWFUL POSSESSION OF A FIREARM BY A PREVIOUSLY CONVICTED FELON**

On or about May 17, 2014, in St. Clair County, within the Southern District of Illinois,

**RAPHAEL L. HARRIS,**

defendant herein, having been convicted of Aggravated Unlawful Use of a Weapon on February 24, 2010, in the Circuit Court of St. Clair County, Illinois, Case No. 10-CF-6601, a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in or affecting commerce, firearms, to wit: a Mossberg International, 715T, .22 caliber long rifle, bearing serial number ELL3593175; all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### AFFIDAVIT

I further state that I am a Special Agent of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and that this complaint is based on the following facts:

1. My law enforcement and legal training consist of the Criminal Investigator

Training Program at the Federal Law Enforcement Training Center in 2002, and the Special Agent Basic Training at the ATF National Academy in 2002. I received specialized training at the academy concerning violations of the Gun Control Act within Title 18 of the United States Code. Since graduating from the academy, I have been at the ATF Fairview Heights Field Office from June 2008 through the present. From September 2001 until June 2008, I was assigned to the Chicago Field Division.

In addition to training at the academy, I attended the ATF Complex Case training in May 2007. As an ATF Special Agent, I have participated in numerous federal and state investigations involving the sale, possession, and trafficking of firearms, and the possession, use and carrying of firearms during and in the course of crimes involving drug trafficking and violence. I have also received continuing education and training in areas including the trafficking of controlled substances and firearms, the use of straw purchasers to facilitate firearm trafficking, the identity of source states for firearms used by traffickers to purchase firearms, both legally and illegally, for later trafficking, and methods used by firearm traffickers to stock and maintain firearm and ammunition inventories for later sale.

I have also participated in numerous investigations, and received ongoing training, involving the utilization of confidential informants, the activities of criminal street gangs, asset forfeiture, various surveillance techniques, and court-ordered wire and electronic interceptions. During these investigations, I have had occasion to debrief numerous defendants, informants, confidential sources, and witnesses with personal knowledge and/or experience regarding the sale, possession, and trafficking of firearms, and the possession, use and carrying of firearms during and in the course of drug trafficking and violent crimes, as well as the use of straw purchasers to facilitate firearm trafficking, the identity of source states for firearms used by traffickers to

purchase firearms, both legally and illegally, for later trafficking, and methods used by firearm traffickers to stock and maintain firearm and ammunition inventories for later sale. I have participated in various and all aspects of these investigations, including conducting undercover operations, conducting physical and electronic surveillance, handling informants and cooperating sources, executing search and arrest warrants, and seizing narcotics, firearms and firearm trafficking-related assets.

2. This affidavit only contains such facts as I believe necessary to establish probable cause for the arrest of Raphael Harris, a.k.a. "Ray Ray." It does not contain all the facts and circumstances known to ATF regarding this investigation.

3. Since February 2014, ATF has been involved in an investigation of David L. Bradford, a convicted felon, for weapons and related offenses.

4. On or about May 30, 2014, ATF obtained reliable information from a confidential informant (CI) who has proven reliable in this, and other investigations, that on May 29, 2014, Bradford was in possession of an SKS rifle, a "Tommy gun" (commonly used to refer to a Commando Mark III rifle), a Smith and Wesson .40 caliber pistol, and an "XD" .40 caliber pistol at his residence and "Ray Ray" was also there. Bradford was upset with "D-Bow," because "D-Bow" allegedly stole marihuana from Bradford's vehicle a week earlier. Bradford came upon "D-Bow" while "D-Bow" was on a bicycle, and tried to hit him. "D-Bow" jumped from the bike, but Bradford struck the bike.

5. On June 8, 2014, ATF obtained reliable information that Bradford was carrying a Springfield XD .40 caliber pistol on his person at his residence and had marihuana packaged for sale, and that Bradford sells marihuana in quarter and half ounce quantities. Reliable information further revealed that Bradford may have pistol-whipped "D-Bow" as retribution for the theft of

marihuana from Bradford's vehicle.

6. On June 9, 2014, a federal search warrant issued by the Honorable Stephen C. Williams, United States Magistrate Judge, was executed at Bradford's residence. In Bradford's bedroom, ATF agents recovered an SKS, 7.62 X 39 caliber rifle, bearing serial number 2427858, marihuana, a scale, and sandwich bags commonly used to package controlled substances for sale. In the basement of the residence, agents noted that there was a bedroom that had been built with plywood walls. In a gap between two plywood pieces, agents recovered a Mossberg International, 715T, .22 caliber long rifle, bearing serial number ELL3593175. In a space between two studs, and secured between two pieces of plywood, agents recovered a Volunteer Enterprises Commando Mark III, .45 caliber rifle, bearing serial number 23818, also known as a Tommy gun. The SKS was manufactured in China; the Mossberg International was manufactured in Brazil; and the Volunteer Enterprises Commando Mark III was manufactured in Tennessee. Therefore, the firearms recovered from Bradford's residence affected interstate commerce prior to their presence at Bradford's residence on June 9, 2014.

7. Also, on or about June 9, 2014, ATF learned the identity of "D-Bow." "D-Bow" is a 17-year-old minor, who is referred to herein as "D.L.," his initials. Further investigation revealed that Bradford sometimes loaned his vehicles to the family of D.L., because D.L.'s sister is a girlfriend of Bradford. D.L.'s mother is J.L. D.L. and J.L. live at 1927 Belmont, East St. Louis, Illinois ("the Belmont residence").

8. Investigation revealed that around the last week of May, 2014, in the early morning hours, Bradford and another man came to the Belmont residence looking for D.L., because Bradford believed that D.L. stole marihuana from Bradford's vehicle. The man with Bradford banged on the security bars of the window of D.L.'s bedroom with what was believed

to be a firearm. J.L. yelled at Bradford and the other man to leave. D.L. then moved to an interior bedroom with no window. Investigation revealed that the man with Bradford was Raphael Harris, a.k.a. "Ray Ray."

9. About a week after Bradford and Harris banged on D.L.'s window, Bradford came upon D.L. who was on a bicycle. Bradford gunned toward D.L. and D.L. jumped from the bicycle. Bradford ran over the bicycle and went on his way. Then, on or about June 7, 2014, D.L. was walking on 21st Street in East St. Louis when Bradford again came upon him. Bradford got out of his truck, pulled a pistol from his waistband, and struck D.L. behind his left ear. Bradford then cocked the firearm and warned D.L. to either pay for the stolen marihuana, or provide him with replacement marihuana, or he would harm D.L. further. D.L. obtained stitches for the injury.

10. On June 10, 2014, still unaware of the pistol-whipping sustained by D.L., the United States obtained a federal arrest warrant for Bradford issued by the Honorable Stephen C. Williams, United States Magistrate Judge, on the basis of a Criminal Complaint charging Unlawful Possession of a Weapon by a Previously Convicted Felon. Bradford remains at large, although the United States Marshal Service (USMS) and ATF have been actively seeking him.

11. During the search for Bradford, ATF obtained information that Raphael Harris may be assisting Bradford avoid apprehension.

12. On June 11, 2014, Agents found Raphael Harris, who agreed to be interviewed. During a lengthy interview, Harris admitted associating with Bradford and admitted to selling marihuana to keep money in his pocket. He further admitted to wanting to beat up "D-Bow," but denied it was because Bradford claimed "D-Bow" stole marihuana from him. Harris said he wanted to beat up "D-Bow" because "D-Bow" had disrespected Harris's neighborhood. Harris

acknowledged going to "D-Bow's" house with Bradford to lure him out and beat him up, but said "D-Bow's" mother chased them off. He denied that he or Bradford had a firearm.

13. Harris denied knowing that Bradford was evading arrest, but acknowledged that he and Bradford knew ATF were at Bradford's house on June 9, 2014. He further said that he traded cell phones with Bradford after seeing ATF at Bradford's house that night, and later sold Bradford's cell phone because he thought it was tapped. He did not explain how he came to get his own cell phone back, but he consented to a search of the cell phone in his possession.

14. Agents confronted Harris with two photographs on his cell phone. The first was a photograph of Harris holding a gallon-sized plastic bag filled with marihuana in his hand, and a Mossberg firearm on his lap, while sitting at a dining table in Bradford's residence. The second was a photograph of Harris standing in a bathroom with the Mossberg in one hand and a hand gun in the other hand, both of which he was pointing in the air over his head. The photographs are date-stamped May 17, 2014. A firearm expert with ATF identified the Mossberg in the pictures as the same Mossberg seized at Bradford's residence on June 9, 2014, further described as a Mossberg International, 715T, .22 caliber long rifle, bearing serial number ELL3593175. The expert pointed out several distinguishing features of the seized Mossberg which matched the Mossberg in the photographs. The Mossberg was manufactured in Brazil, and traveled in interstate commerce prior to Harris's possession of it on May 17, 2014.

15. A criminal record check of Harris reveals that he has a prior felony conviction for Aggravated Unlawful Use of a Weapon from February 24, 2010, St. Clair County, Illinois, Circuit Court Case Number 10-CF-6601.

FURTHER AFFIANT SAYETH NAUGHT.

_____
MATTHEW INLOW
Special Agent, Bureau of Alcohol, Tobacco,
Firearms and Explosives

State of Illinois      )
                       )  SS.
County of St. Clair    )

Sworn to before me, and subscribed in my presence on the 13th day of June, 2014, at East St. Louis, Illinois.

_____
STEPHEN C. WILLIAMS
United States Magistrate Judge

STEPHEN R. WIGGINTON
United States Attorney

KIT R. MORRISSEY
Assistant United States Attorney